# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40417

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2014

Lyle W. Cayce
Clerk

RICHARD POWELL; VICKIE POWELL,

Plaintiffs - Appellants

v.

BANK OF AMERICA, N.A., as Successor by merger to BAC Home Loans Servicing, LP; UNKNOWN PARTIES,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:12-CV-512

Before STEWART, Chief Judge, and BARKSDALE, and GRAVES, Circuit Judges.

PER CURIAM:*

Bank of America, N.A., was awarded summary judgment on Vickie and Richard Powell's breach of contract, Texas Finance Code, and negligent misrepresentation claims. The Powells claim, *inter alia*, that they showed a contract existed, in which Bank of America promised to modify their home loan

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-40417

in return for the Powells' dismissal of their state-court action against it. Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Powell v. Bank of America, N.A.*, No. 4:12-CV-512, 2014 WL 229305 (E.D. Tex. 2014), the judgment is AFFIRMED.